SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MARY P. PARNOW, SBN CA 174980
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIELLE M. TILLERY,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 07-2276 WHA<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Remand is necessary for reconsideration of the severity of Claimant's mental impairments. There are medical records in the claim file that suggest that Claimant's mental impairments have more than a minimal effect on her ability to function.

///

///

///

On remand by the District Court, the Appeals Council will remand this case to an ALJ for a new hearing, further consideration of the record with respect to the claimant's mental impairment and and the issuance of a new decision.

Respectfully submitted,

Dated: September 5, 2007

/s/ Harvey P. Sackett
(As authorized via facsimile)
HARVEY P. SACKETT
Attorney for Plaintiff

Dated: September 5, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Mary P. Parnow
MARY P. PARNOW
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: September 7, 2007

WILLIAM H. ALSUP
UNITED STATES MAGISTRATE JUDGE

2